H. TIM HOFFMAN (STATE BAR NO. 049141)
CHAD A. SAUNDERS (STATE BAR NO. 257810)
ERIC BARBA (STATE BAR NO. 277932)
HOFFMAN LIEBENSON SAUNDERS & BARBA
300 Lakeside Drive, Suite 1000
Oakland, California 94612
Telephone: 510-763-5700
Facsimile: 510-835-1417
hth@hlsblaw.com
cas@hlsblaw.com
ebc@hlsblaw.com

Attorneys for Plaintiff
TONY BENADO

LYNNE C. HERMLE (STATE BAR NO. 99779)
JESSICA R. PERRY (STATE BAR NO. 209321)
JULIA C. RIECHERT (STATE BAR NO. 254078)
LINDSEY C. HULSE (STATE BAR NO. 258514)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401
lchermle@orrick.com
jperry@orrick.com
jriechert@orrick.com
lhulse@orrick.com

Attorneys for Defendants
THE NIELSEN COMPANY (US), LLC,
NIELSEN HOLDINGS N.V., and
NIELSEN NATIONAL RESEARCH GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BENADO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE NIELSEN COMPANY (US), LLC, NIELSEN HOLDINGS N.V. and NIELSEN NATIONAL RESEARCH GROUP, INC.,<br><br>Defendants. | Case No. C13-2123-JCS<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [~~PROPOSED~~] ORDER** |

OHSUSA:755532308.1

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER

The parties to the above-entitled action submit this Joint Case Management Statement and Proposed Order pursuant to the Standing Order for All Judges of the Northern District of California dated July 1, 2011 and Civil Local Rule 16-9.

The parties attended mediation on November 18, 2013 with mediator Mark Rudy. During the mediation the parties reached a tentative proposed class settlement for this matter and entered into a Memorandum of Understanding. The parties are in the process of preparing the class action settlement agreement and necessary motions for approval of the settlement, and intend to request that the Court hold a hearing regarding Plaintiffs' anticipated preliminary approval motion within the next three months. Accordingly, the parties jointly request that the Court vacate the Case Management Conference scheduled for December 6, 2013.

Dated: November 22, 2013    /s/ Eric Barba
Eric Barba
Attorneys for Plaintiff

Dated: November 22, 2013    /s/ Jessica R. Perry
Jessica R. Perry
Attorneys for Defendants

- 2 -
JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER

- 3 -

1
2  **CASE MANAGEMENT ORDER**

3  The above Joint Case Management Statement and Proposed Order are approved as the Case Management Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below]:

The case management conference is continued to Feb. 7, 2014 at 1:30 PM. Updated joint case management conference statement due by Jan. 31, 2014.

IT IS SO ORDERED. AS MODIFIED.

DATED: _____12/2/13_____



United States _____ Judge
JOSEPH