| | |
|---|---|
| 1 | H. TIM HOFFMAN (STATE BAR NO. 049141) |
| | CHAD A. SAUNDERS (STATE BAR NO. 257810) |
| 2 | ERIC BARBA (STATE BAR NO. 277932) |
| | HOFFMAN LIBENSON SAUNDERS & BARBA |
| 3 | 300 Lakeside Drive, Suite 1000 |
| | Oakland, California  94612 |
| 4 | Telephone:  510-763-5700 |
| | Facsimile:  510-835-1417 |
| 5 | hth@hlsblaw.com, cas@hlsblaw.com |
| | ebc@hlsblaw.com |

Attorneys for Plaintiff
TONY BENADO

LYNNE C. HERMLE (STATE BAR NO. 99779)
JESSICA R. PERRY (STATE BAR NO. 209321)
JULIA C. RIECHERT (STATE BAR NO. 254078)
LINDSEY C. HULSE (STATE BAR NO. 258514)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:     650-614-7400
Facsimile:       650-614-7401
lchermle@orrick.com
jperry@orrick.com
jriechert@orrick.com
lhulse@orrick.com

Attorneys for Defendants
THE NIELSEN COMPANY (US), LLC,
NIELSEN HOLDINGS N.V., and
NIELSEN NATIONAL RESEARCH GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BENADO, individually and on behalf of all others similarly situated, | Case No. C13-2123-JCS |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT, STIPULATION, AND [~~PROPOSED~~] ORDER** |
| v. | |
| THE NIELSEN COMPANY (US), LLC, NIELSEN HOLDINGS N.V. and NIELSEN NATIONAL RESEARCH GROUP, INC., | |
| Defendants. | |

PLEASE TAKE NOTICE that Plaintiff Tony Benado and Defendants The Nielsen Company (US), LLC, Nielsen Holdings N.V., and Nielsen National Research Group, Inc. ("Defendants") have reached a settlement of all claims, including class and collective action claims, in this action.

The parties are in the process of preparing the necessary motions for approval of the settlement, and Plaintiff intends to file an unopposed motion for preliminary approval of the settlement within twenty-one (21) days. Accordingly, the parties jointly request that the Court vacate the Case Management Conference scheduled for March 28, 2014.

Dated: March 20, 2014

*/s/ Eric Barba*_____
Eric Barba
Attorneys for Plaintiff

Dated: March 20, 2014

*/s/ Jessica R. Perry*_____
Jessica R. Perry
Attorneys for Defendants

# [PROPOSED] ORDER

The above Stipulation is approved and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below]: The case management conference is re-set for April 25, 2014 at 2:00 p.m. This date will be vacated upon the filing of the motion for preliminary approval of the settlement.

IT IS SO ORDERED.

DATED: __3/24/14_____

_____
United States Magistrate Judge
JOSEPH C. SPERO

*IT IS SO ORDERED AS MODIFIED*

- 3 -