UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TONY BENADO,

        Plaintiff,

   v.

THE NIELSEN COMPANY (US), LLC, et al.,

        Defendants.

Case No. 13-cv-02123-JCS

**ORDER TO FILE STATUS REPORT**

The Court granted preliminary approval of a settlement in this case on February 18, 2015. That order required class counsel to file a motion for attorneys' fees and class representative service payment no later than two weeks before the deadline for objections to the settlement. *See* dkt. 56 ¶ 9. By the Court's calculation, the deadline for the fees motion should have fallen no later than May 4, 2015. No such motion has yet been filed. **Class counsel is therefore ORDERED to file a status report no later than Wednesday, May 27, 2015** including at least the following information:

1. What steps required by the proposed settlement and the preliminary approval order have been taken thus far, and when each was completed. Such steps include, but are not limited to, mailing class notice packets and creating a website with information for class members.

2. What steps remain to be completed, the dates that they are anticipated to be completed, and whether such dates comply with the proposed settlement and preliminary approval order.

3. Whether class counsel still intends to move for attorneys' fees and a class representative service payment.

**IT IS SO ORDERED.**

Dated: May 21, 2015

JOSEPH C. SPERO
Chief Magistrate Judge