UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BENADO,<br><br>            Plaintiff,<br><br>      v.<br><br>NIELSEN COMPANY (US), LLC, THE, et al.,<br><br>            Defendants. | Case No. 13-cv-02123-JCS<br><br>**ORDER REGARDING STATUS CONFERENCE**<br><br>Re: Dkt. No. 66 |

The Court previously issued an order requiring the parties to appear in person at a status conference on June 8, 2015. *See* Order (dkt. 66). Class counsel has informed the Court ex parte that he is not able to appear in person on that date for medical reasons, but is able to appear telephonically. **The June 8 status conference shall therefore be conducted telephonically.** Lead counsel for both parties are instructed to be available at 10:30 AM on June 8, 2015 at the telephone numbers appearing in the record, or to notify the Court at their earliest convenience if they wish to be contacted at a different telephone number.

**IT IS SO ORDERED.**

Dated: June 4, 2015

JOSEPH C. SPERO
Chief Magistrate Judge