UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BENADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NIELSEN COMPANY (US), LLC, THE, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-02123-JCS<br><br>**ORDER CONDITIONALLY APPROVING SUPPLEMENTAL NOTICE**<br><br>Re: Dkt. No. 69 |

　　　　At the status conference on June 8, 2015, the Court directed the parties to file a proposed supplemental class notice to notify class members that: (1) Plaintiff has filed a request for attorneys' fees; (2) a website is available to view case documents; (3) the objection deadline is continued to a date two weeks after the supplemental notice is to be mailed; and (4) the hearing on Plaintiff's motion for final approval and motion for fees is continued to a Friday at least thirty days after the supplemental notice is to be mailed. The parties have now proposed a supplemental notice that includes all but the last item. *See* dkt. 69.

　　　　Accordingly, the proposed supplemental notice is approved **on the condition that the following sentence is added:**

> 4. You may also appear at the Final Approval Hearing on Friday, <<date at least thirty days after mailing>> at 2:00 p.m. in Courtroom G of the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102.

The parties are instructed to file a status report within three days after the supplemental notice is mailed, which is to include the date of mailing and a copy of the supplemental notice as mailed.

　　　　**IT IS SO ORDERED.**

Dated: June 10, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge